

**Service of Process Transmittal**
07/17/2018
CT Log Number 533708172

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in Louisiana**

**FOR:** Hartford Casualty Insurance Company  (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NANCY ROGERS, Pltf. vs. HARTFORD CASUALTY INSURANCE COMPANY, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition, Request |
| **COURT/AGENCY:** | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C671164 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/17/2018 postmarked on 07/16/2018 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | DAVID G. DEBLIEUX<br>Law Offices of Spencer B. Calahan, L.L.C.<br>827 St. Louis Street<br>Baton Rouge, LA 70802<br>225-387-2323 |
| **REMARKS:** | Documents were served upon the Louisiana Secretary of State on 07/16/2018 and forwarded to CT Corporation. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/18/2018, Expected Purge Date: 07/23/2018<br><br>Image SOP<br><br>Email Notification,  Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification,  Massimo Fraschilla  Massimo.Fraschilla@thehartford.com<br><br>Email Notification,  Fiona Rosenberg  Fiona.Rosenberg@thehartford.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# State of Louisiana
## Secretary of State

07/16/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

HARTFORD CASUALTY INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816



Suit No.: 671164
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

NANCY ROGERS
vs
HARTFORD CASUALTY INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 07/13/2018
Title: DEPUTY SHERIFF

**No: 1085096**



KC

# CITATION

NANCY ROGERS
(Plaintiff)

VS

HARTFORD CASUALTY INSURANCE
COMPANY
(Defendant)

NUMBER C-671164  SEC. 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**SERVED ON**
**R. KYLE ARDOIN**

**JUL 13 2018**

SECRETARY OF STATE
COMMERCIAL DIVISION

TO: HARTFORD CASUALTY INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 9, 2018.**



*Hope Michell*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: DEBLIEUX, DAVID G**
(225) 387-2323

*The following documents are attached:
**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE: $_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**DATED**

CITATION-2000

| | |
|---|---|
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| HARTFORD CASUALTY INSURANCE COMPANY and GLOBAL ENERGY SOLUTIONS, INC and MICHAEL S. WALL | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned Counsel, comes Plaintiff, NANCY ROGERS, a person of full age and residing in Tangipahoa Parish, State of Louisiana, who, with respect avers as follows:

1.

Made defendants herein are:

1. **HARTFORD CASUALTY INSURANCE COMPANY**, a foreign insurance corporation authorized to do and doing business in the State of Louisiana;

2. **GLOBAL ENERGY SOLUTIONS, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana;

3. **MICHAEL S. WALL**, a person of full age residing in Putnam County, Tennessee;

for the following reasons, to-wit:

2.

On or about August 23, 2017, Plaintiff, NANCY ROGERS was operating a 2001 Ford Focus, traveling in the parking lot of 30096 LA Hwy 16, in St. Helena Parish, Louisiana.

3.

At approximately the same time and place, Defendant, MICHAEL S. WALL and/or a permissive driver, was operating a 2015 Ford F-250, traveling in the parking lot of 30096 LA Hwy 16 in St. Helena Parish, Louisiana when he failed to yield to oncoming traffic and struck the passenger side of the vehicle Plaintiff was operating, causing the injuries, damages, and losses complained of herein.

4.

This accident was caused solely by the fault and negligence of Defendant, MICHAEL S. WALL. Such fault and negligence includes, but is not necessarily limited to, the following:

a. Failing to maintain a proper lookout;

b. Failure to maintain reasonable and proper control of his vehicle;

Page -1-

    e.    Failure to yield.

5.

As a result of this accident and due to the fault and negligence of Defendant, MICHAEL S. WALL, Plaintiff, NANCY ROGERS, has sustained personal injuries and property damage.

6.

As a result of the fault and negligence of Defendant, MICHAEL S. WALL, plaintiff is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned accident:

    a.    Physical and mental pain, suffering and anguish;

    b.    Physical disability and/or impairment of functions and activities;

    c.    Loss of income and/or loss of earning capacity;

    d.    Loss of enjoyment of life;

    e.    Property damage.

7.

As a result of these injuries, plaintiff has incurred and will in the future incur expenses which he is entitled to recover from defendants, including medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel and other related and necessary expenses.

8.

Plaintiff alleges on information and belief that at the time of this accident, there was in full force and effect a policy of liability insurance issued by Defendant, HARTFORD CASUALTY INSURANCE COMPANY, insuring the 2015 Ford F-250 operated by Defendant, MICHAEL S. WALL.

9.

Plaintiff alleges on information and belief that at all times material to this proceeding MICHAEL S. WALL was an employee of GLOBAL ENERGY SERVICES, INC. and MICHAEL S. WALL, was in engaged in the course and scope of his employment with GLOBAL ENERGY SERVICES, INC.. at the time of the motor vehicle accident made the subject of this proceeding, and GLOBAL ENERGY SERVICES, INC. is therefore vicariously liable for any negligence and/or fault

WHEREFORE, Plaintiff, NANCY ROGERS, prays that defendants be served with this petition, and after being duly cited to appear and answer same, and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, NANCY ROGERS and against Defendants, HARTFORD CASUALTY INSURANCE COMPANY, GLOBAL ENERGY SERVICES, INC. and MICHAEL S. WALL jointly and in solido, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees.

Respectfully Submitted:

**Law Offices of Spencer H. Calahan, L.L.C.**

By: _____
SPENCER H. CALAHAN, 27192
DAVID G. DEBLIEUX, 29141
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone 225-387-2323
Facsimile 225-387-2324
david@calahanlaw.com

**PLEASE SERVE**

Michael S. Wall
2716 James Drive
Cookeville, TN 38501

Global Energy Solutions, INC *Via Long Arm Statute*
through its agent for service of process
Scott M. Edmunds
65 Portland Road, Suite 25
Kennebunk, ME 04043

Hartford Casualty Insurance Company
through its agent for service of process
LA Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

domicile:    501 Pennsylvania Parkway, Suite 400
Indianapolis, IN 46280

| | |
|---|---|
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **HARTFORD CASUALTY INSURANCE COMPANY and GLOBAL ENERGY SOLUTIONS, INC and MICHAEL S. WALL** | **PARISH OF EAST BATON ROUGE**<br>**STATE OF LOUISIANA** |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully Submitted:

**Law Offices of Spencer H. Calahan, L.L.C.**

By: _____
SPENCER H. CALAHAN, 27192
DAVID G. DEBLIEUX, 29141
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone 225-387-2323
Facsimile 225-387-2324
david@calahanlaw.com

**PLEASE SERVE WITH PETITION**